UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JODI L. BARROS, | Case No. 10-CV-1339 (PJS/LIB) |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment [Docket No. 22] is GRANTED.

2. Plaintiff's Motion for Summary Judgment [Docket No. 13] is DENIED.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED:  June 7, 2011                                        BY THE COURT:

                                                                            s/Patrick J. Schiltz
                                                                            Patrick J. Schiltz
                                                                            United States District Judge